# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:21-00083-KD-B |
| | ) |
| JAMES DAIREON GAMBLE, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 23) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNT ONE of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **January 7, 2022** at **2:30 p.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **22nd** day of **October 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**